USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1094 TUAN NGUYEN, Plaintiff, Appellant, v. LANCE DEPLANTE, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Patti B. Saris, U.S. District Judge] ____________________ Before Selya, Boudin and Stahl, Circuit Judges. ____________________ Tuan Nguyen on brief pro se. ____________________ JULY 31, 1997 ____________________ Per Curiam. Upon careful review of the record received from the district court, appellant's brief, and the appendix, we perceive no reason to overturn the summary judgment in favor of appellee. On the record before us, the judgment for appellee was proper, and none of appellant's procedural complaints rise to the level of reversible error. Affirmed. See 1st Cir. Loc. R. 27.1. -2-